AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Virginia
## Newport News Division

| | | |
|---|---|---|
| LEROY C. THOMAS, III | ) | **ORIGINAL** |
| | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.   4:11cv39 |
| EQUIFAX INFORMATION SERVICES, LLC. | ) | |
| | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   EQUIFAX INFORMATION SERVICES, LLC.
SERVE:  Corporation Service Company, Registered Agent
11 S. 12th Street
Richmond, VA 23218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LEONARD A. BENNETT, ESQ.
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 WARWICK BLVD., SUITE 100
NEWPORT NEWS, VA  23606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FERNANDO GALINDO
_CLERK OF COURT_

Date: _2/25/11_

_Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.   4:11cv39

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.


Date: _____             _____
                                              *Server's signature*

                                       _____
                                              *Printed name and title*


                                       _____
                                              *Server's address*

Additional information regarding attempted service, etc:

### CERTIFICATE
### OF
### UNITED STATES CORPORATION COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**UNITED STATES CORPORATION COMPANY,** a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1.　　It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2.　　(a)　　It maintains a business office in the Commonwealth of Virginia at 11 South 12th Street, P.O. Box 1463, Richmond, Virginia, 23219.

(b)　　Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

(c)　　The names of the individuals authorized to receive process served upon United States Corporation Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

| | | |
|---|---|---|
| Beverley L. Crump | Rene Nordquist | Meda Sterrett |
| Nicole T. McCallum | Pamela Frazier | Linda B. Liles |
| Amy Tarker | Kari Childress | John Isom |
| Dustin Kline | | |

**WHEREFORE,** United States Corporation Company has caused its corporate name to be hereunto subscribed this 5th day of January 2011.

UNITED STATES CORPORATION COMPANY.

BY: _____

George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 25 day of January 2011, by George A. Massih III.

Janet B Woznick
Notary Public

My Commission Expires: 8-5-12

JANET B. WOZNICK
APPOINTED AUGUST 5, 2008
TERM 4 YEARS
NOTARY PUBLIC, DELAWARE

271921-1  4/1

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA, NEWPORT NEWS DIV.**

STATE/COMMONWEALTH OF: VA          271921 - 1

LEORY C THOMAS, III        )          CASE NO:

In re / v.        )

EQUIFAX INFORMATION SERVICES, LLC        )

# 4:11CV39

```
FILED

MAR - 7 2011

CLERK, US DISTRICT COURT
NORFOLK, VA
```

### CORPORATION SERVICE CO., REG AGENT
### EQUIFAX INFORMATION SERVICES, LLC
### 11 SOUTH 12TH STREET, RICHMOND, VA 23218

is the name and address of the person upon whom service of the following is to be made.

Document(s)     **SUMMONS IN A CIVIL ACTION**
Served:            **COMPLAINT**

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:      **3/2/2011**    @    **12:30 PM**

METHOD OF SERVICE:

*Being unable to make personal service, a copy was delivered in the following manner:*

*Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport  Service accepted by:*

**RENE NORDQUIST, ADMIN ASST**

Dated: 3/3/2011        Signature

Name:  LARAINE NICOLE JOHNSON

COMMONWEALTH OF VIRGINIA

CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by

LARAINE NICOLE JOHNSON

who is personally known to me.

Date:  3/3/2011

My commission expire   10/31/2011

Signature of Notary Public

CRYSTAL M. C. KLEIBER, REG. #329597

```
CRYSTAL M. C. KLEIBER, REG. #329597
Notary Public
Commonwealth of Virginia
My Commission Expires:  10/31/2011
```

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

DONNA WINTERS

271921 - 1