# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NEWPORT NEWS DIVISION

| | |
|---|---|
| LEROY C. THOMAS III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 4:11cv39 |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC
## <u>CORPORATE DISCLOSURE STATEMENT</u>

COMES NOW, Defendant, Equifax Information Services LLC, and submits the following corporate disclosure statement:

Equifax Information Services LLC is a wholly owned subsidiary of Equifax Inc. Equifax Inc. is publicly traded on the New York Stock Exchange.

Respectfully submitted this 23rd day of March, 20111.

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email: jmontgomery@jwm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of March, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Leonard A. Bennett
Susan M. Rotkis
Consumer Litigation Associates, PC
12515 Warwick Boulevard
Suite 201
Newport News, VA  23606

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email: jmontgomery@jwm-law.com