IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

## APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL RULE 83.1(D)

In Case Number 4:11cv39 Name Leroy C. Thomas III v. Equifax Information Services LLC
Party Represented by Applicant: Equifax Information Services LLC
To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please) Keasha Ann Broussard
Bar Identification Number 100142       State Georgia
Firm Name King & Spalding, LLP
Firm Phone # 404-572-4600    Direct Dial # 404-215-5725       FAX # 404-572-5100
E-Mail Address     ABroussard@kslaw.com
Office Mailing Address 1180 Peachtree Street, Atlanta, Georgia 30309

Name(s) of federal court(s) in which I have been admitted: State Bar of Georgia, State Bar of Alabama; Northern District of Georgia, Northern District of Alabama, Middle District of Alabama, Southern District of Alabama, Northern District of Illinois, Fourth Circuit Court of Appeals; Fifth Circuit Court of Appeals, Ninth Circuit Court of Appeals

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that within ninety (90) days prior to the submission of this application I have read (a) The Federal Rules of Civil Procedure, (b) The Federal Rules of Criminal Procedure, (c) The Local Rules of this Court and (d) The Federal Rules of Evidence.

I am _ am not X a full-time employee of the United States of America, and if so, request exemption *form* the admission fee.

(Applicant's Signature) Keasha Ann Broussard

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)       Date 6/13/2011
John W. Montgomery, Jr.
(Typed or Printed Name)

Court Use Only:

Clerk's $50.00 Fee Paid ✓   or Exemption Granted _____

The motion for admission is GRANTED ✓   or DENIED _____

(Judge's Signature) _____   Date 6/21/11

Raymond A. Jackson
United States District Judge

ATLLIB01 2024981.1
DMSLIBRARY01-16734642.1

FILED JUN 15 2011 IN NEWPORT NEWS DIVISION CLERK, US DISTRICT COURT NORFOLK, VA

FILED JUN 21 2011 CLERK US DISTRICT COURT